## INVOLVED COUNSEL LIST (CTO-2)
## DOCKET NO. 1827
## IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION

Wallace K. Lightsey
Wyche, Burgess, Freeman & Parham, P.A.
44 East Camperdown Way
P.O. Box 728
Greenville, SC 29602-0728

William F. Patterson, Jr.
Forman Rossabi Black, P.A.
P.O. Box 41027
Greensboro, NC 27404-1027

Carl Lewis Solomon
Gergel Nickles & Solomon
P.O. Box 1866
Columbia, SC 29202-1866

J. Preston Strom, Jr.
Strom Law Firm, LLP
2110 Beltline Blvd., Suite A
Columbia, SC 29204