CLOSED, JURY

# U.S. District Court
## District of South Carolina (Greenville)
## CIVIL DOCKET FOR CASE #: 6:07-cv-00918-JFA

Sloan v. LG Philips LCD Co Ltd et al
Assigned to: Chief Judge Joseph F Anderson, Jr
Cause: 15:1 Antitrust Litigation

Date Filed: 04/04/2007
Date Terminated: 05/23/2007
Jury Demand: Plaintiff
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

**Plaintiff**

Gregory P Sloan

represented by **Carl Lewis Solomon**
Gergel Nickles and Solomon
PO Box 1866
Columbia, SC 29202-1866
803-779-8080
Fax: 803-256-1816
Email: csolomon@gnslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Preston Strom, Jr**
Strom Law Firm
2110 Beltline Boulevard
Suite A
Columbia, SC 29204
803-252-4800
Fax: 803-252-4801
Email: petestrom@stromlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mario A Pacella**
Strom Law Firm
2110 Beltline Boulevard
Suite A
Columbia, SC 29204
803-252-4800
Fax: 803-252-4801
Email: mpacella@stromlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

LG Philips LCD Co Ltd

**Defendant**
LG Philips LCD America Inc

represented by **Wallace K Lightsey**
Wyche Burgess Freeman and Parham
PO Box 728
Greenville, SC 29602
864-242-8200
Fax: 864-242-8324
Email: wlightsey@wyche.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
Samsung Electronics Co Ltd

**Defendant**
Samsung Electronics America Inc

**Defendant**
NEC Corporation

**Defendant**
NEC Display Solutions of America Inc

**Defendant**
NEC LCD Technologies Ltd

**Defendant**
NEC Electronics America Inc

**Defendant**
Sharp Corp

**Defendant**
Sharp Electronics Corp

**Defendant**
AU Optronics Corporation

**Defendant**
AU Optronics Corporation America

**Defendant**
Chi Mei Optoelectronics Corp

**Defendant**
Chi Mei Optoelectronics USA Inc

**Defendant**

International Display Technology Co Ltd

**Defendant**

International Display Technology USA Inc

**Defendant**

Hitachi Ltd

**Defendant**

Hitachi America Ltd

**Defendant**

Hitachi Electronic Devices USA Inc

**Defendant**

Hitachi Displays Ltd

**Defendant**

Toshiba Corp

**Defendant**

Toshiba Matsushita Display Technology Co Ltd

**Defendant**

Chunghwa Picture Tubes Ltd

**Defendant**

Hannstar Display Corporation

**Defendant**

IDT International Ltd

**Defendant**

Oregon Scientific Inc

**Defendant**

Sanyo Epson Imaging Devices Corporation

| Date Filed | # | Docket Text |
|---|---|---|
| 04/04/2007 | 1 | COMPLAINT against all defendants ( Filing fee $ 350 receipt number 961732.), filed by Gregory P Sloan.(bshr, ) (Entered: 04/05/2007) |

| | | |
|---|---|---|
| 04/04/2007 | 3 | Local Rule 26.01 Answers to Interrogatories by Gregory P Sloan.(bshr, ) (Entered: 04/05/2007) |
| 04/04/2007 | 4 | Summons Issued (Restricted Access) as to NEC Corporation, NEC Display Solutions of America Inc, NEC LCD Technologies Ltd, NEC Electronics America Inc, Sharp Corp, Sharp Electronics Corp, AU Optronics Corporation, AU Optronics Corporation America, Chi Mei Optoelectronics Corp, Chi Mei Optoelectronics USA Inc, International Display Technology Co Ltd, International Display Technology USA Inc, Hitachi Ltd, Hitachi America Ltd, Hitachi Electronic Devices USA Inc, Hitachi Displays Ltd, Toshiba Corp, Toshiba Matsushita Display Technology Co Ltd, Chunghwa Picture Tubes Ltd, Hannstar Display Corporation, IDT International Ltd, Oregon Scientific Inc, Sanyo Epson Imaging Devices Corporation, LG Philips LCD Co Ltd, LG Philips LCD America Inc, Samsung Electronics Co Ltd, Samsung Electronics America Inc. (bshr, ) (Entered: 04/05/2007) |
| 04/05/2007 | | ***DOCUMENT MAILED [4] Summons Issued placed in U.S. Mail to J. Preston Strom, Jr., Esq. (bshr, ) (Entered: 04/05/2007) |
| 05/01/2007 | 5 | Consent MOTION for Extension of Time *To Respond to Complaint* by Gregory P Sloan, LG Philips LCD America Inc.Response to Motion due by 5/21/2007 Proposed order is being emailed to chambers with copy to opposing counsel(Lightsey, Wallace) (Entered: 05/01/2007) |
| 05/03/2007 | 6 | ORDER granting 5 Motion for Extension of Time, extending the deadline for LPL America to respond to the Complaint untilthe earlier of the following two dates: (1) forty-five days after the filing of a consolidatedamended complaint in the LCD Cases; or (2) forty-five days after the plaintiff provideswritten notice that he does not intend to file a consolidated amended complaint, provided thatsuch notice may be given only after the initial case management conference in the MDLtransferee court in this case. Signed by Judge Joseph F Anderson Jr on 05/03/07. (bshr, ) (Entered: 05/03/2007) |
| 05/23/2007 | 8 | CONDITIONAL TRANSFER ORDER directing the case be transferred to the USDC for the Northern District of California. (Attachments: # 1 CTO Letter# 2 CTO Involved Counsel List)(bshr, ) (Entered: 05/23/2007) |
| 09/21/2007 | 10 | CONDITIONAL TRANSFER ORDER directing the case be transferred to the USDC for the Northern District of California. (Attachments: # 1 CTO Letter# 2 CTO Involved Counsel List)(bshr, ) (Entered: 09/21/2007) |

| PACER Service Center |
|---|
| Transaction Receipt |
| 09/27/2007 19:50:11 |

| PACER Login: | us4077 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 6:07-cv-00918-JFA |
| Billable Pages: | 2 | Cost: | 0.16 |